EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

### GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ELLA LOUISE JOHNSON | ) | CASE NO. 18-10735 |
| | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor(s) | ) | |

### AFFIDAVIT REGARDING SERVICE OF PLAN

I, Damon Duncan, certify that service of the Plan was made on August 14, 2018 by:

X        Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

NC Housing Finance Agency
Attn: Officer
3508 Bush Street
Raleigh, NC 27609-7509

Certified Mail Service on an Insured Depository Institution: By sending the Plan by certified mail addressed to the following officer of the institution at the address set out below. A supplement to this Affidavit with proof of service will be filed at a later date.

Attn: Officer / Managing Agent

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 8/14/18                                          Signature: /s/ Nora Prokosch